IN THE SUPREME COURT OF THE STATE OF NEVADA

CADESHA MICHELLE BISHOP,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE DOUGLAS W.
HERNDON, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 80715

FILED

APR 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

### ORDER DENYING PETITION

This original petition for a writ of mandamus or writ of prohibition challenges the denial of a pretrial petition for a writ of habeas corpus. Petitioner argues that she cannot be charged with felony murder under NRS 200.030(1)(b) when the predicate felony is elder abuse resulting in death under NRS 200.5099(6). We have considered the petition on file and are not satisfied that this court's intervention by way of extraordinary writ is warranted at this time. NRS 34.160. Prohibition is not available because the district court had jurisdiction to hear and decide the pretrial petition for a writ of habeas corpus. See NRS 34.320; Goicoechea v. Fourth Judicial Dist. Court, 96 Nev. 287, 289, 607 P.2d 1140, 1141 (1980) (holding that a writ of prohibition "will not issue if the court sought to be restrained had jurisdiction to hear and determine the matter under consideration"). And petitioner may raise statutory interpretation, the merger doctrine, and

20-14392

equal protection on appeal if she is convicted, NRS 177.015(3); NRS 177.045, such that she has an adequate remedy at law that militates against writ relief. *See* NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____ , J.
Parraguirre

_____ , J.
Hardesty

_____ , J.
Cadish

cc:    Hon. Douglas W. Herndon, District Judge
       Las Vegas Defense Group, LLC
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk